AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

_____Northern_____ DISTRICT OF _____New York_____

UNITED STATES OF AMERICA

V.

Name: Ahmed Rizwan A# 074 728 832
Address: 1006/9
          Azizabad, FB Area, Karachi
Birthdate: September 12, 1970/Pakistan
          (Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 96-MG-220

U.S. DISTRICT COURT
N. D. OF N. Y.
FILED

MAY 8 1996

AT _____ O'CLOCK _____ M.
GEORGE H. RAY, Clerk
UTICA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 07, 1996__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant did, (Track Statutory Language of Offense)

being an alien born in Pakistan, obtained entry into the United States by willful false representation of a material fact to a United States Immigration Inspector at Champlain, New York on May 07, 1996, to wit; he falsely claimed to be a lawful permanent resident of United States, this being,

In violation of Title __8__ United States Code, Section __1325(a)(3)__.

I further state that I am a __Senior Immigration Inspector__ and that this complaint is based on the following facts:

SUBJECT is a native and citizen of Pakistan.
On May 07, 1996, SUBJECT was refused entry into Canada and returned to the Champlain Port of Entry, Champlain, New York.
SUBJECT was questioned to determine his status in the United States.
SUBJECT presented an alien resident card bearing his photograph, issued to Abid Ahmad Mohammad and claimed to be said individual. The officer noted that the card was discolored. Closer examination of the alien resident card revealed that it was a counterfeit card.
SUBJECT was confronted and admitted that the card was counterfeit and revealed his true identity.
SUBJECT indicated that he had entered the United States approximately three weeks ago with the aid of an unknown smuggler.
SUBJECT admitted that he purchased the document in order facilitate his entry to and from the United States.

Continued on the attached sheet and made a part hereof:    [ ] Yes    [x] No

_Christine A Racine_
Signature of Complainant

Sworn to before me and subscribed in my presence.

May 08, 1996
Date

at  Rouses Point, New York
    City and State

_[signature]_
Signature of Judicial Officer

Henry Van Acker, Jr., U.S. Magistrate Judge
Name & Title of Judicial Officer